IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
(Houston Division)

| | |
|---|---|
| HOZAM ALAJMI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 4:14-cv-00753 |
| | ) |
| THE METHODIST HOSPITAL | ) |
| FAROUQ AQRAWI | ) |
| Defendants. | ) |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Hozam Alajmi hereby appeals to the United States Court of Appeals for the Fifth Circuit from the following:

1) Judgment entered on February 9, 2015 GRANTING with prejudice Defendants' Motion to Dismiss;

2) Judgment entered on April 20, 2015 DENYING Plaintiff's Motion for Relief from Judgment;

3) Judgment entered on April 20, 2015 GRANTING Defendants' Motion for Attorneys' fees.

Dated May 18, 2015

Respectfully submitted,

/s/ *Mehdi Cherkaoui*

Mehdi Cherkaoui
Texas Bar No. 24086077
Southern District of Texas ID No. 2101221
Cherkaoui & Associates P.L.L.C.
1200 Smith Street Suite 1600

Houston, TX 77002  
Phone: 281-946-9466  
Fax: 877-282-7874  
Mehdi@cherkaouilawfirm.com

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was forwarded to all counsel of record by ECF, the court's electronic service on this the 18th day of May, 2015.

    Oscar L. De la Rosa  
    Attorney-in-Charge  
    DE LA ROSA LAW FIRM  
    Three Riverway, Suite 1820  
    Houston, Texas 77056  
    (713) 395-0995 (fax)  
    odelarosa@delarosalawfirm.com

/s/ Mehdi Cherkaoui  
**MEHDI CHREKAOUI**