# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 15-20278

D.C. Docket No. 4:14-CV-753

United States Court of Appeals
Fifth Circuit
**FILED**
February 17, 2016
Lyle W. Cayce
Clerk

HOZAM ALAJMI,

    Plaintiff - Appellant

v.

THE METHODIST HOSPITAL; FAROUQ AQRAWI,

    Defendants - Appellees

United States District Court
Southern District of Texas
FILED
MAR 10 2016
David J. Bradley, Clerk of Court

Appeal from the United States District Court for the
Southern District of Texas, Houston

Before ELROD, GRAVES, and COSTA, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiff-appellant pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.

Certified as a true copy and issued
as the mandate on Mar 10, 2016
Attest:  *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

March 10, 2016

Mr. David J. Bradley
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

      No. 15-20278    Hozam Alajmi v. Methodist Hospital, et al
                              USDC No. 4:14-CV-753

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Enclosed for the district court and counsel is the approved bill of costs.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              James deMontluzin, Deputy Clerk
                              504-310-7679

cc:
    Mr. Mehdi Cherkaoui
    Mr. Oscar Luis De La Rosa
    Ms. Aron L. Gregg