Case: 15-20278   Document: 00513399229   Page: 1   Date Filed: 02/29/2016
Case: 15-20278   Document: 00513383243   Page: 1   Date Filed: 02/17/2016

UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

**BILL OF COSTS**

NOTE: The Bill of Costs is due in this office *within 14 days from the date of the opinion, See* FED. R. APP. P. & 5th CIR. R. 39. Untimely bills of costs must be accompanied by a separate motion to file out of time, which the court may deny.

HOZAM ALAJMI

v. THE METHODIST HOSPITAL, FAROUQ AGRAWI

No. 15-20278

The Clerk is requested to tax the following costs against: APPELLANT, HOZAM ALAJMI

| COSTS TAXABLE UNDER Fed. R. App. P. & 5th Cir. R. 39 | REQUESTED | | | | ALLOWED (If different from amount requested) | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages Per Copy | Cost per Page* | Total Cost | No. of Documents | Pages per Document | Cost per Page* | Total Cost |
| Docket Fee ($500.00) | | | | | | | | |
| Appendix or Record Excerpts | 6 | 22 | 0.1 | 13.2 | 6 | 22 | .10 | 13.20 |
| Appellant's Brief | 9 | 69 | 0.1 | 62.1 | 7 | 69 | .10 | 48.30 |
| Appellee's Brief | 9 | 7 | 0.1 | 6.3 | 7 | 7 | .10 | 4.90 |
| Appellant's Reply Brief | 9 | 7 | 0.1 | 6.3 | 7 | 7 | .10 | 4.90 |
| Other: Binding | 18 | 1 | 2.5 | 45 | 18 | 1 | 1.50 | 27.00 |
| | | | Total $ 136.0 | | | | | Total Cost 108.00 |

Costs are hereby taxed in the amount of $ 108.00   this   7th   day of   March   2016.

State of
County of

I, Oscar L. De la Rosa  , do hereby swear under penalty of perjury that the services for which fees have been charged were incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this Bill of Costs was this day mailed to opposing counsel, with postage fully prepaid thereon. This  28th   day of   February   , 2016

/s/ Oscar L De la Rosa

**(Signature)**

Attorney for   The Methodist Hospital and Farouq Agrawi

LYLE W. CAYCE, CLERK

By   (signature)
Deputy Clerk

Costs are taxed in the amount of $ 108.00

*SEE REVERSE SIDE FOR RULES
GOVERNING TAXATION OF COSTS

United States District Court
Southern District of Texas
FILED
MAR 10 2016
David J. Bradley, Clerk of Court

4:14CV753